COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-020-CV

DALLAS/FORT WORTH APPELLANT

INTERNATIONAL AIRPORT BOARD 

V.

MARIANNE RYAN APPELLEE

----------

FROM THE 342
ND
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the parties’ “Joint Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM 

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

         DELIVERED: October 16, 2003  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.